IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REBECCA GONZALES,

    Plaintiff,

v.                                                                No. 1:24-cv-0840 DLM

LELAND DUDEK,
*Acting Commissioner of the Social Security Administration*,[1]

    Defendant.

## JUDGMENT

The Court having granted Defendant's unopposed motion for remand (Doc. 18), **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff Rebecca Gonzales under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered concurrently herewith (Doc. 19).

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek is the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).